**IT IS ORDERED as set forth below:**



Date: March 3, 2021

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **19-54962-JRS** |
| | ) | |
| **DONALD EDWARD WATKINS,** | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

**ORDER**

On February 5, 2021, Trustee filed his Motion For Compromise And Settlement [Doc. No. 41] (the "Motion").  The Court held a hearing on the Motion on March 2, 2021 (the "Hearing").  The Motion appear to have been properly noticed pursuant to Fed. R. Bankr. P. 2002.  No one responded to the Motion or appeared at the Hearing to oppose the Motion. The Court has considered the Motion and all other matters of record, including the lack of objection thereto, and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is Granted.

[END OF DOCUMENT]

1

Prepared and submitted by:

*/s/ Jason L. Pettie*
Jason L. Pettie, Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, GA 30316
(404) 638-5984

## DISTRIBUTION LIST

Donald Edward Watkins
1309 Harris Road
Lawrenceville, GA 30043

R. Jeffrey Field
Jeffrey Field & Associates
342 North Clarendon

Jason L. Pettie, Trustee
P.O. Box 17936
Atlanta, GA 30316

Office of the U.S. Trustee
Russell Federal Bldg, Rm 362
75 Ted Turner Dr SW
Atlanta, Georgia  30303