FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 1

| Case No.: | 19-54962 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | WATKINS, DONALD EDWARD | Date Filed (f) or Converted (c): | 03/29/2019 (f) |
| For the Period Ending: | 09/30/2021 | §341(a) Meeting Date: | 04/24/2019 |
| | | Claims Bar Date: | 08/06/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1309 Harris Road Lawrenceville GA 30043-0000 | $220,000.00 | $24,865.00 | | $190,816.00 | FA |
| 2  Make: Ford Model: F-150 Year: 2010 Mileage: 245000 | $4,000.00 | $0.00 | OA | $0.00 | FA |
| 3  Make: Chevrolet Model: Equinox Year: 2005 Mileage: 215000 | $3,500.00 | $0.00 | OA | $0.00 | FA |
| 4  Used Household Items | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  Various Items | $500.00 | $0.00 | | $0.00 | FA |
| 6  Used Clothing | $250.00 | $0.00 | | $0.00 | FA |
| 7  One Cat | $0.00 | $0.00 | | $0.00 | FA |
| 8  Cash | $0.00 | $0.00 | | $0.00 | FA |
| 9  Checking BB&T | $0.00 | $0.00 | | $0.00 | FA |
| 10  Personal Injury claim pending from accident in June 2018. He is represented by R. Michael Coker of Duluth, GA. | Unknown | $100,000.00 | | $0.00 | $100,000.00 |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $229,250.00 | $124,865.00 | | $190,816.00 | $100,000.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2021 | Trustee has obtained approval of settlement and once funds are received a tax return will be filed |
| 02/05/2021 | filed personal injury settlement motion; special counsel is still pursuing UM claim |
| 09/30/2020 | Trustee continues to monitor special counsel's status in collecting on personal injury action; counsel informed trustee of a settlement offer and trustee will seek court approval if settlement is agreed to. |
| 09/30/2019 | Trustee has employed special counsel to pursue a personal injury claim, and Trustee will continue to monitor counsel's progress with litigation. |

| Initial Projected Date Of Final Report (TFR): | 04/30/2020 | Current Projected Date Of Final Report (TFR): | 12/30/2021 | /s/ JASON L. PETTIE |
|---|---|---|---|---|
| | | | | JASON L. PETTIE |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 19-54962 | **Trustee Name:** | Jason L. Pettie |
| **Case Name:** WATKINS, DONALD EDWARD | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***3854 | **Checking Acct #:** | ******4962 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 10/01/2020 | **Blanket bond (per case limit):** | $40,160,000.00 |
| **For Period Ending:** 09/30/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/03/2019 | | Ganek PC | payment from sale of property as approved by Order entered 8/27/19 (DN 31) | * | $17,530.58 | | $17,530.58 |
| | {1} | | payment from sale of property as approved by Order entered 8/27/19 (DN 31)  $190,816.00 | 1110-000 | | | $17,530.58 |
| | | | seller contribution to buyer's closing costs   ($3,816.00) | 2500-000 | | | $17,530.58 |
| | | | Seller Post Closing Fee   ($65.00) | 2500-000 | | | $17,530.58 |
| | | | Realtor Commission - 6% of $190,816   ($11,448.96) | 3510-000 | | | $17,530.58 |
| | | | Payoff of First Mortgage   ($156,489.54) | 4110-000 | | | $17,530.58 |
| | | | 2019 Gwinnett County Property Taxes   ($2,556.21) | 2820-000 | | | $17,530.58 |
| | | | prorated County taxes (buyer's post-sale portion)   $800.50 | 2820-000 | | | $17,530.58 |
| | | | prorated 2019 Sanitation fee (buyer's post-sale portion)   $71.03 | 2500-000 | | | $17,530.58 |
| | | | prorated 2020 Sanitation Fee (buyer's post-sale portion)   $218.76 | 2500-000 | | | $17,530.58 |
| 09/03/2019 | 3001 | Donald Edward Watkins | payment of exemption as authorized by Order entered 8/27/19 (DN 31) | 8100-002 | | $8,765.29 | $8,765.29 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.78 | $8,752.51 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.76 | $8,739.75 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.74 | $8,727.01 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.72 | $8,714.29 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.70 | $8,701.59 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.68 | $8,688.91 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.67 | $8,676.24 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.65 | $8,663.59 |
| | | | **SUBTOTALS** | | $17,530.58 | $8,866.99 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 19-54962 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | WATKINS, DONALD EDWARD | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3854 | Checking Acct #: | ******4962 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 10/01/2020 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2021 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $12.63 | $8,650.96 |
| 05/28/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $12.61 | $8,638.35 |
| 06/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $12.59 | $8,625.76 |
| 07/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $12.57 | $8,613.19 |
| 08/31/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $12.56 | $8,600.63 |
| 09/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $12.54 | $8,588.09 |

|  |  |  |
|---|---|---|
| TOTALS: | $17,530.58 | $8,942.49 | $8,588.09 |
| Less: Bank transfers/CDs | $0.00 | $0.00 |  |
| Subtotal | $17,530.58 | $8,942.49 |  |
| Less: Payments to debtors | $0.00 | $8,765.29 |  |
| Net | $17,530.58 | $177.20 |  |

**For the period of 10/01/2020 to 09/30/2021**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $151.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $151.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/13/2019 to 9/30/2021**

| Total Compensable Receipts: | $190,816.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $190,816.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $173,462.62 |
| Total Non-Compensable Disbursements: | $8,765.29 |
| Total Comp/Non Comp Disbursements: | $182,227.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-54962 | |
| Case Name: | WATKINS, DONALD EDWARD | |
| Primary Taxpayer ID #: | **-***3854 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2020 | |
| For Period Ending: | 09/30/2021 | |

| | |
|---|---|
| Trustee Name: | Jason L. Pettie |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******4962 |
| Account Title: | |
| Blanket bond (per case limit): | $40,160,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $17,530.58 | $8,942.49 | $8,588.09 |

**For the period of 10/01/2020 to 09/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $151.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $151.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/13/2019 to 9/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $190,816.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $190,816.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $173,462.62 |
| Total Non-Compensable Disbursements: | $8,765.29 |
| Total Comp/Non Comp Disbursements: | $182,227.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JASON L. PETTIE

JASON L. PETTIE