# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Donald Edward Watkins**<br>1309 Harris Road<br>Lawrenceville, GA 30043<br><br>**xxx–xx–2375** | Case No.:  **19–54962–jrs**<br>Chapter:  **7**<br>Judge: **James R. Sacca** |

## ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### Jason L. Pettie

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____

James R. Sacca
United States Bankruptcy Judge

Dated:   November 7, 2022

Form 183